UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                            :

RONALD G. TAYLOR,
                                                            :

              Plaintiff,                    ORDER

                                                            :

  -v.-

                                                             :      20 Civ. 10170 (VEC) (GWG)

STARBUCKS CORPORATION,               :

             Defendant.

                                                            :
---------------------------------------------------------------x

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      On September 8, 2021, the Court ordered a briefing schedule for defendants' anticipated motion for summary judgment under which plaintiff's opposition was due on October 20, 2021 (Docket # 17).  Defendants' motion was timely filed on September 29, 2021 (Docket # 19).  To date, plaintiff's opposition has not appeared on the docket sheet.

      Accordingly, plaintiff is hereby ordered to either (1) file his opposition to defendants' motion by November 11, 2021, or (2) file a letter with the Court stating that he does not oppose the motion.

      Plaintiff is warned that failure to comply with this Order may result in dismissal of plaintiff's case under Fed. R. Civ. P. 41(b) for failure to prosecute.

      SO ORDERED.

Dated:  New York, New York
          October 27, 2021

                                                _____
                                                GABRIEL W. GORENSTEIN
                                                United States Magistrate Judge

Copy Mailed by Chambers to Pro Se Plaintiff